IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAR 27 A 9:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JEFFERY LYNN KREIDLER #225779 )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 2:07CV263-WKW
OFFICER SMITH, CO I ) (To be supplied by Clerk of
) U.S. District Court)
WILLIE THOMAS, WARDEN )
)
)
)
) **DEMAND FOR JURY TRIAL**
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) _____N/A_____

      Defendant(s) _____N/A_____

SCANNED
03-27-07

2. Court (if federal court, name the district; if state court, name the county) _____ N/A _____

3. Docket number _____ N/A _____

4. Name of judge to whom case was assigned _____ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

6. Approximate date of filing lawsuit _____ N/A _____

7. Approximate date of disposition _____ N/A _____

II. PLACE OF PRESENT CONFINEMENT _Elmore Correctional Center_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _B1 Dorm, Elmore Correctional Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | Willie Thomas | P.O. Box 8, Elmore, Alabama 36025 |
| 2. | Officer Smith | P.O. Box 8, Elmore, Alabama 36025 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _March 9, 2007_

2

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Defendants Thomas and Smith violated Plaintiff 8th and 14th Amendment of the United States Constitution with wrongful injury to Plaintiff person.

SUPPORTING FACTS: On March 9, 2007, while Plaintiff was housed in B1 Dorm, the Plaintiff was making his Bed and turn around and the window at the head of Plaintiff Bed with no safty locks fell down on Plaintiff right ring finger that cut Plaintiff seriously to the point Plaintiff had to have ten (10) Stidges. The defendant herein fail to properly maintence their facility.

GROUND TWO: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seek a trial by Jury pursuant to Rule 38 Federal Rules of Civil Procedure, for wrongful injury on the punitive basis Plaintiff seek the sum of $100.000.00 dollars, and any other relief this Court deems just proper and fair.

_Jeff Kridler_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  3-26-07
(Date)

_Jeff Kridler_
Signature of plaintiff(s)

4

MONTGOMERY AL 361
26 MAR 2007 PM 2 T

JEFFERY LYNN KREIDLER
#227770 ST 8
E.L.M. A.R. CENTER
ELMORE, AL 36025

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711