IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAR 27 A 9:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JEFFERY LYNN KREIDLER #227770,
    Plaintiff,

V.

OFFICER SMITH, COI,
WILLIE THOMAS, WARDEN,
    Defendants.

CIVIL ACTION NO. 2:07CV263-WKW
(To Be Supplied By Clerk of
U.S. District Court)

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the Plaintiff Jeffery Lynn Kreidler, by and through PRO/SE in the above Style Civil Action hereby respectfully move this District Court on Motion To Proceed In Forma Pauperis and in support Plaintiff States the following:

Plaintiff makes known to the District Court that the Defendants refuse to provide the Plaintiff with the proper forma pauperis form to seek access to the Court, therefore Plaintiff request of the filing of this Civil Action.

Done this 26th day of March 2007.

Respectfully Submitted,
Jeff Kreidler