**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CO I Smith
   Elmore Correctional Facility
   P.O. Box 8
   Elmore, Alabama 36025

   07cv263

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Joseph M. Sites
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Joseph M. Cikes
C. Date of Delivery: 3/29/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 8193 2160

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Joseph M. Giles*  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>*Joseph M. Giles*  3/29/07 |
| 1. Article Addressed to:<br><br>Warden Willie Thomas<br>Elmore Correctional Facility<br>P.O. Box 8<br>Elmore, Alabama 36025<br><br>07cv263 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7005 1160 0001 2962 0655 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540