**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JEFFERY KREIDLER** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| | ) CASE NO. 2:07-CV-263-WKW |
| **OFFICER SMITH, ET AL.** | ) |
| | ) |
|    **Defendants.** | ) |
| | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW the Defendants Officer Smith and Willie Thomas, by and through the Attorney General for the State of Alabama, the Honorable Troy King, and hereby request an additional 20 days in which to file their Answer and Special Report and for grounds state as follows:

1. The Answer and Special Report for these Defendants are due today.

2. The undersigned has encountered some delay in securing affidavits and other materials necessary to adequately respond to Plaintiff's allegations.

3. More time is needed by the Defendants to adequately prepare a response to Plaintiff's Complaint.

4. No party will be prejudiced by such and extension.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 7th day of May 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have mailed a copy of the same to the following:

Jerry Kreidler, AIS 227770
Elmore Correctional Facility
P.O. Box 8
Elmore, AL 36025

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7555
334-242-2433 (Fax)