IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION



JEFFERY LYNN KREIDLER,
PLAINTIFF,

VS.                           CASE NO.2:07-CV-263-WKW

OFFICER SMITH,
WARDEN WILLIE THOMAS ET AL.,
DEFENDANT.

MOTION FOR APPOINTMENT OF COUNSEL

Now Into Court Jeffery Lynn Kreidler, the Petitioner, appearing through pro se representation and respectfully moves this Honorable Court to appoint Counsel for the purpose of Representing the Petitioner's Civil Complaint, Pursuant to Title 18, U.S.C.§ 3006 A.

Wherefore, the Petitioner Jeffery Lynn Kreidler prays this Honorable Court will Appoint Counsel to represent him in the above action.

RESPECTFULLY SUBMITTED,

*Jeffery Kreidler*
JEFFERY LYNN KREIDLER
P.O. BOX 8
ELMORE, ALABAMA 36025

1.

CERTIFICATE OF SERVICE
---

I hereby certify that a true and correct copy of this foregoing instrument has been mailed to the Attorney General's Office Troy King 11 South Union Street Montgomery, Alabama 36130-0152; Postage prepaid on this ___11___ day of ___June___ 2007, to the District Court of the United States for the Middle District Court of Alabama, Northern Division by depositing same in the legal mail box at Elmore Corr. center.

*Jeffery Kreidler*
JEFFERY LYNN KREIDLER
P.O. BOX 8
ELMORE, ALABAMA 36025

2.