IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION



JEFFERY LYNN KREIDLER,
PLAINTIFF,

VS.                                CASE NO.2:07-CV-263-WKW

OFFICER SMITH,
WARDEN WILLIE THOMAS ET AL.,

MOTION FOR EXTENTION OF TIME

Now Into Court Jeffery Lynn Kreidler the Plaintiff, filed a Civil Complaint against all parties Officer Smith & Warden Willie Thomas. The Plaintiff was ordered by the Magistrate Judge Charles S.Coody,in the Middle District of Alabama to file a response in opposition to Defendants response in the Civil Complaint,case No.cited above 2:07-CV-263-WKW before June 19,2007. The Plaintiff needs sufficent time to produce proper Evidence in his defense, so the Plaintiff's requesting that this most Honorable Court to grant the Plaintiff an Extention of time to do so.

           RESPECTFULLY SUBMITTED,
           *Jeffery Kreidler*
           JEFFERY LYNN KREIDLER
           P.O. BOX 8
           ELMORE,ALABAMA 36025

CERTIFICATE OF SERVICE
———————————————

I hereby certify that a true and correct copy of this foregoing instrument has been mailed to the Attorney General's Office Troy King 11 South Union Street Montgomery, Alabama 36130-0152; Postage prepaid on this __11__ day of __June__ 2007, to the District Court of the United States for the Middle District Court of Alabama, Northern Division by depositing same in the legal mail box at Elmore Corr. Center.

*Jeffery Kreidler*
JEFFERY LYNN KREIDLER
P.O. BOX 8
ELMORE, ALABAMA 36025

2.

Jeffery Kreidler #227770
P.O. Box 8
Elmore, Ala. 36025

Office of THE CLERK
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711


