IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JEFFERY LYNN KREIDLER,

PLAINTIFF,                              *

                                        *

                                               CASE NO#2:07-CV-263-WKW

V.                                      *

WARDEN WILLIE THOMAS,                   *

DEFENDANT.

                                        *

                                        *

                                        *

---

MOTION FOR RESPONSE TO THE SPECIAL REPORT FILED BY
THE DEFENDANT

Comes now the Plaintiff Jeffery Lynn Kreidler pro se serving
a custodial term with the Department of Corrections,filed a
Civil Complaint Pursuant to U.S.C.§ 1983;

The Plaintiff confirms that the Defendants violated his right
to be free of Cruel and Unusual Punishment as prohibited by
the Eight and Fourthteen Amendments.

1.

## STATEMENT OF FACTS

On March 9,2007 inmate Jeffery Lynn Kreidler was housed in
Dorm B-1 at Elmore Co.Facility.While making his bed,the Plaintiff
turned around toward the window at the head of his bed with no
Safetly locks feel down on Plaintiffs right ring finger,and cut
the Plaintiffs finger off,then Plaintiff had to be taken to
Staton Co.Facility Infirmary and later flighted to Baptist
South Hospital to sew the remains of Plaintiffs finger on
with (10)Ten Stidges that left Plaintiff with no filling in
Plaintiffs right ring finger because of destroyed Ligaments
in finger.

## ARGUMENT

The Defendant Willie Thomas an Individual and in his official
Capacity as Warden of Elmore Co.Facility acted in negligence
and in Bad Faith when the Defendant violated PLaintiffs Con-
stitutional right of Cruel & Unusual Punishment and prohibited
by the Eight & Fourthteenth Amendment.See Wood v.Strickland
420 U.S. 308 95 S.ct 992,43 L.ED 2d 214(1975);"THe Supreme
Court held that under section 1983,Plaintiff can recover
Money damages from State Officials,if the Officials acted
either in Bad Faith or in disregard of settled,indisputable
Law,or a Public Official may be held liable where he in sub-
jective good faith,acts in disregard of a person's clearly
established Constitutional rights".Id at 322 95 S.ct.992,
Martin v. Harrelson 532 so.2d 1256 (1988).

2.

Defendant failed to comply with Mininum standards set forth in
Order of Court with respect to Inhumane Conditions found to
exist in Alabama Penal System would necessitate closing of
such institutions in future 42 U.S. C.A. s 1983 U.S.C.A.
Constitution Amendments Eight & Fourteenth.The Living Conditions
in Alabama Constitute Cruel & Unusual Punishment.See Pugh v.
Locke 406 F.Supp.318.
The Mininum Standards For Inmates of Alabama Penal System
Living Conditions IV. (4)All institutions shall be adequately
heated,lighted,and ventilitated.Windows and doors shall be
Properly screened and otherwise Properly maintained.
The Defendant Willie Thomas been had prior knowledge of the
ongoing inhumane condition here at Elmore Co.Facility,but refuse
to recitify the problem and it's caused I inmate Jeffery Lynn
Kreidler & inmate Rochester Kemp to lose a limb arising from
the same ongoing problems with the windows repair and several
other inmates have been injured because of this condition.

The maintenance workers here at Elmore Co. Facility got an order
to fix the windows in 2006,but the acting official Warden
Willie Thomas refuse to acknowledge the problem out of negligence
See Exhibit (4)Affidavit; When the weather conditions are bad
here at Elmore Co. Facility the whole window pane will fall out,
with the slightest gust of wind,there's no support in the reinfor
reinforcement,the dilapidation of the physical facility contri-
butes to extremely unsanitary living conditions testimony
demostrated that windows are broken & unscreened,creating a
serious problem for inmates getting fingers cut off,or severly
damaged,poses constant danger,and the  defendant Willie Thomas
is held liable in his official capacity.

3.

## RELIEF

The Plaintiff Jeffery Lynn Kreidler seeks Compensatory and Punitive damages in this action. $ 5,000 five-thousand dollars for the initial injury of the finger, and $ 45,000 forty-five thousand dollars for the Pain and Suffering,and pernament disfigurement & disability and living in the inhumane conditions here at Elmore Correctional Center. The Plaintiff is a certified Carpenter by Trade and his Injury will hinder his ability to work and Provide for his wife and two (2) kids in whom are his dependants.

## CONCLUSION

The Plaintiff respectfully submit this Response,and that all evidence in this Civil Complaint should be revelant to the Court,and should  granted in the Plaintiffs favor.

Sworn and subscribed before me this ___28___ day of ___June___ 2007.

_____,
JEFFERY LYNN KREIDLER

_____
NOTARY

MY COMMISION EXPIRES: ___2/12/2011___

4.

CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing has been
served to the Clerk of the United States District Court, Middle
District of Alabama, and the Attorney General office Troy King
11 South Union Street this __29__ day of __June__ 2007, Postage
prepaid in the U.S. Mail.

JEFFERY LYNN KREIDLER PRO SE
ELMORE CORRECTIONAL CENTER
P.O. BOX 8
ELMORE, ALABAMA 36025

5.

Jeffery Lynn Kreidler #227770
Elmore Corr. Center
P.O. Box 8
Elmore, Al. 36025

Middle District of Alabama
Office of CLERK
UNITED STATES District
P.O. Box 711
Montgomery, Alabama
36101-0711





State of Alabama
County of Montgomery

## AFFIDAVIT

JEFFERY          KREIDLER AIS:       #227770          , deposes and says:

I, am Jeffery       Kreidler and I am over the legal age of
(21) Twenty-One,and everything that I documented on this
Civil Complaint is true and Correct.

(EXHIBIT #1)

This is the end of my affidavit.

_Jeffory Kridler_
Signature of Affiant

Sworn to and subscribed before me this the _28_ day of _June_
_2007_ .

_Arthur _____
Notary

My commission expires: _2/12/2011_

STATE OF ALABAMA

COUNTY OF MONTGOMERY

<u>AFFIDAVIT</u>

MATTHEW RUST_____, AIS# 246868_____ deposes and says:

I inmate Matthew Rust is over the legal age of (21)Twenty-one and I
sleep in the same vicinity where inmate Jeffery Kreidler got his finger
cut off, and the unhumane conditions are so bad that we have to use sticks
to hold the windows up to keep from falling on us by the dormitories being
so over-crowded and the beds close to the windows,when  the windows are suppose
to be secured from incidents happening like what has been taking place here
at Elmore Corr.Center. Everything that I am saying is True and
Correct.

(EXHIBIT #2)

This is the end of my affidavit.

_Matthew Woodfin Rust_
SIGNATURE OF AFFIANT

Sworn to and before me this___29th___ day of___JUNE___2007.

_Felisle Blendy_
NOTARY

MY COMMISION EXPIRES___1/30/2011___.

STATE OF ALABAMA
COUNTY OF MONTGOMERY

AFFIDAVIT

JONATHAN JONES_____ ,AIS#__178814____ deposes and says:

I am inmate Jonathan Jones#178814 and on March 9,2007 when
inmate Jeffery    Kreidler finger was disfigured due to the
defectiveness of the windows in the dorms,I witnessed the inci-
dent,because I sleep in the vicinity where it occured and inmates
have to use sticks,and other objects to prevent the windows from
injuring them,and when the weather is bad or the wind is blowing
hard,the whole window pane will blow off the frame.And i attest
that everything I am saying is True and Correct.

I am over the Legal age of (21)Twenty-One.

(EXHIBIT #3)

This is the end of my affidavit.

_____
Signature of Affiant

Sworn to and suscribed before me this the _28_ day of _June_____ ,
_2007_____.

_____
NOTARY

My Commission expires:__2/12/2011_____.

State of Alabama
County of Montgomery

( EXHIBIT #4 )

## AFFIDAVIT

Billy Brown _____ AIS# 152757 _ deposes and says:

I inmate Billy Brown is over the Legal age of
(21) Twenty-One, and I work for the Maintenance
Department here at Elmore Corr. Facility from
September 2006 up until May 2007. Our Job on the
Maintenance Department was to fix everything in and
everything around the institution. We had Know-
ledge of the broken Windows but never Got around
to fix them, up until the incidents where (2) in-
mates Got their fingers cut off.
Everything I am saying is true and Correct.
This is the end of my Affidavit.

_Billy Brown_
SIGNATURE OF AFFIANT

Sworn to and Subscribed before me this 29 day of
June _____ 2007.

_Levia Blundy_
NOTARY

My Commision Expires _1/30/2011_