IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JEFFERY LYNN KREIDLER #227770    CASE NO. 2:07-CV-263-WKW

PLAINTIFF,

V.

OFFICER SMITH,

DEFENDANT.

MOTION TO DISMISS DEFENDANT FOR CIVIL COMPLAINT

Comes now the Plaintiff Jeffery Lynn Kreidler pro se serving a custodial term with the Department of Corrections, filed a Civil Complaint Pursuant to U.S.C. § 1983.
The Defendants in the Civil Complaint are Warden Willie Thomas, & Officer Michael Smith. According to the Federal Rules of Civil Procedures, the Plaintiff would like to dismiss Officer Michael Smith form the Civil Complaint, and leave Warden Thomas as a Defendant to the Civil Complaint, because he is the official liable in his capacity.

1.

CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing has been served to the Clerk of the United States District Court, Middle District of Alabama, and the Attorney General Office Troy King 11 South Union Street this __29__ day of __June__ 2007, Postage prepaid in the U.S. Mail.

*Jeffery Kreidler*
JEFFERY LYNN KREIDLER PRO SE

ELMORE CORRECTIONAL CENTER

P.O. BOX 8

ELMORE, ALABAMA 36025

CC:

JEFFERY LYNN KREIDDER #227770
ELMORE CORRECTIONAL CENTER
P.O. BOX 8
ELMORE, ALABAMA 36025

MONTGOMERY AL 361
03 JUL 2007 PM 4 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

36101+0711