IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY LYNN KREIDLER, #227770,    )
                                   )
            Plaintiff,             )
                                   )
      v.                           )        Case No.  2:07cv263-WKW
                                   )           (WO)
OFFICER SMITH, *et al.*,           )
                                   )
            Defendants.            )

**ORDER**

The Magistrate Judge filed a Report and Recommendation (Doc. # 17) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.    The Report and Recommendation (Doc. # 17) is ADOPTED;

2.    The plaintiff's motion to dismiss (Doc. # 16) is GRANTED;

3.    The plaintiff's claims against Defendant Officer Smith are DISMISSED with prejudice;

4.    Defendant Officer Smith is DISMISSED as a defendant in this case; and

5.    This case, with respect to the plaintiff's remaining claims, is REFERRED BACK to the Magistrate Judge for appropriate proceedings.

Done this 9th day of August, 2007.

            /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE