```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000469
Cashier ID: brobinso
Transaction Date: 09/17/2007
Payer Name: ELMORE CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JEFF KREIDLER
 Case/Party: D-ALM-2-07-CV-000263-001
 Amount:         $118.00
------------------------------------
CHECK
 Check/Money Order Num: 32020
 Amt Tendered:  $118.00
------------------------------------
Total Due:      $118.00
Total Tendered: $118.00
Change Amt:     $0.00
```