IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**JEFFERY KREIDLER**

       **Plaintiff,**

**v.**                                                2:07-CV-263-WKW

**OFFICER SMITH, ET AL.**

       **Defendants.**

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, *Willie Thomas,* a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

        Respectfully submitted,

        TROY KING
        Attorney General


        /s/ Jack Wallace, Jr.
        Jack Wallace, Jr.
        Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 3rd day of January 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have served a copy of the same upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    Jeffery Kreidler, AIS 227770
    Elmore Correctional Facility
    POB 8
    Elmore, AL 36025


        /s/ Jack Wallace, Jr.
        Jack Wallace, Jr.
        Assistant Attorney General