IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY LYNN KREIDLER, ) | |
| AIS # 227770, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-263-WKW[WO] |
| ) | |
| WARDEN WILLIE THOMAS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 23) and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted, and that Defendant Warden Willie Thomas's motion for summary judgment (Doc. # 9) is GRANTED.

It is further ORDERED that the costs of this proceeding are TAXED against Plaintiff Jeffery Lynn Kreidler for which let execution issue.

An appropriate judgment will be entered.

DONE this 29th day of October, 2009.

                                              /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE